UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUIS BELTRAN,<br><br>                    Defendant. | 11-CR-1032 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On March 24, 2021, the Court received a motion by defendant Luis Beltran for an extension for which to file a motion under 28 U.S.C. § 2255 and for appointment of counsel as to that motion. The Court grants the extension, any motion under 28 U.S.C. § 2255 must be filed by September 25, 2021. The Court will determine whether to appoint counsel after such motion is filed.

SO ORDERED.

                                                                                              _Paul A. Engelmayer_
                                                                                              PAUL A. ENGELMAYER
                                                                                              United States District Judge

Dated: March 25, 2021
           New York, New York